IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-319-PSF-BNB

CAROL GUZY,

    Plaintiff,

v.

AMBER BRIANA LEWIS, by her custodian CRAIG ELLIOT, and
CRAIG ELLIOT, individually,

    Defendants.
_____

**ORDER FOR DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST DEFENDANT AMBER BRIANA LEWIS**
_____

    The Joint Motion for Dismissal with Prejudice of Claims against Defendant Amber Briana Lewis (Dkt. # 26) is GRANTED.  It is

    THEREFORE ORDERED that plaintiff's claims against Defendant Amber Briana Lewis are DISMISSED, with prejudice.  It is

    FURTHER ORDERED that hereinafter the caption is amended so that the only remaining Defendant is Craig Elliot.

    DATED:  August 23, 2005.

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Court