IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00319-PSF-BNB

CAROL GUZY,

Plaintiff,

v.

CRAIG ELLIOT, individually,

Defendant.

_____

## ORDER
_____

Upon review of the parties' confidential settlement statements, I have determined that a settlement conference at this time would be a waste of resources. Consequently, I am vacating the settlement conference set to occur on September 12, 2005. Should the parties disagree with my assessment, after consultation and upon a certification that they believe that a settlement conference will be helpful, they may file a motion to reschedule the conference.

IT IS ORDERED that the settlement conference set for **September 12, 2005, at 10:30 a.m.**, is VACATED.

Dated September 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge