IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00319-PSF-BNB

CAROL GUZY,

    Plaintiff,

v.

CRAIG ELLIOT, individually,

    Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 20, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **February 10, 2006 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: November 2, 2005

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge