IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00319-PSF-BNB

CAROL GUZY,

    Plaintiff,

v.

CRAIG ELLIOT, individually,

    Defendant.

---

**ORDER SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT**

---

    Defendant's Motion for Summary Judgment (Dkt. # 29), filed October 20, 2005, is set for hearing before the Court on **November 29, 2005 at 2:00 p.m.**

    DATED: November 15, 2005

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge